# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jorge Guzman-Velazquez<br>AKA: Jorge Guzman-Velasquez<br>A#200 050 159<br>*Defendant* | Case No. 09-3412M |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about September 4, 2009, Jorge Guzman-Velazquez, an alien, was found in the United States of America at or near Phoenix, Arizona, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about December 1, 2008, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Sections 1326(a).

I further state that I am an U.S. Immigration and Customs Enforcement Senior Special Agent.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

AUTHORIZED BY: Elaine Whiffen, P.S. for AUSA Josh Patrick Parecki

☒ Continued on the attached sheet.

*Complainant's signature*

Edward G. Hamel, Senior Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 8, 2009

*Judge's signature*

City and state:  Phoenix, Arizona

Lawrence O. Anderson, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Edward G. Hamel, being duly sworn, hereby depose and state as follows:

1. I am a Senior Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement, Office of Investigations, Phoenix, Arizona. I have been employed as a United States Immigration Officer for over thirteen years and have conducted hundreds of investigations relating to immigration violations.

2. On September 4, 2009, an Officer with the Arizona Department of Public Safety arrested and booked Jorge Guzman-Velazquez into the Maricopa County Fourth Avenue Jail on local charges. During the normal booking process, Jorge Guzman-Velazquez was interviewed by U.S. Immigration Officers who determined that Guzman-Velazquez was illegally present in the United States, and as such, issued an Immigration Detainer for him. On September 8, 2009, Guzman-Velazquez was released to ICE custody and transported to the Phoenix ICE Detention and Removal for further investigation and processing. Guzman-Velazquez's fingerprints were entered into the Integrated Automated Fingerprint Identification System which confirmed his identity.

3. A review of Guzman-Velazquez' official Alien registration file revealed that Guzman, a citizen of Mexico, was last removed from the United States to Mexico on December 1, 2008, through the Nogales, Arizona Port of Entry. These same records show that

1

Guzman-Velazquez has not applied for permission from the Secretary of the Department of Homeland Security to return to the United States after having been removed.

4. Based on the aforementioned facts, this affiant submits that there is probable cause to believe that Jorge Guzman-Velazquez, an alien, entered and was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported and removed to Mexico on or about December 1, 2008, through Nogales, Arizona, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Edward G. Hamel, Senior Special Agent
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 8th day of September, 2009

_____
Lawrence O. Anderson
United States Magistrate Judge

2